NCOFunds
(Rev. 09/2021)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*signature*
Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: December 20, 2023**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| *In re:* | : | |
| MATHA VALCEEDA WORRIX | : | Case No. 20-50111 |
| | : | Chapter 13 |
| | : | Judge Mina Nami Khorrami |
| | : | |
| *Debtor(s).* | : | |

### ORDER REGARDING APPLICATION FOR PAYMENT
### OF UNCLAIMED FUNDS (DOC. NO. 34)

The above-referenced Application for Payment of Unclaimed Funds (hereinafter, the "Application") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ | The application was prepared using an outdated form. The application was not served on the prior owner of the funds at her current address. The claimants' identification documents are redacted instead of unredacted per the form instructions.

It is therefore ORDERED that Movant shall file within fourteen (14) days from the entry of this Order an amended application consistent with this Order. If an amended application is not filed within fourteen (14) days from the entry of this Order, the Court may deny the Application without further notice or hearing.

**SO ORDERED.**

**NOTE:** A form Application for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules is available on the Court's website at **https://www.ohsb.uscourts.gov/unclaimed-funds.** While the use of this form application is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance.

Copies to:
Default List
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA  98085