NCOFunds
(Rev. 09/2021)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: February 28, 2024**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| *In re:* | : |
| MARTHA VALCEEDA WORRIX | : Case No. 20-50111 |
| | : Chapter 13 |
| | : Judge Mina Nami Khorrami |
| *Debtor(s).* | : |

**ORDER DENYING APPLICATION
FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 42)**

The above-referenced Application for Payment of Unclaimed Funds (hereinafter, the "Application") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The Application does not include the additional required documentation necessary to identify the entity. (LBR 3011-1(d) states that when an entity other than the original claimant or assignee files an application for unclaimed funds, the application must include the following additional requirements, where applicable, to establish the right to payment of the unclaimed funds: proper authority by the claimant requesting release of the funds, letter of administration or probated will, and/or corporate documents showing proof of ownership of the funds through amendment, merger or dissolution.)

☒ The supporting documents do not provide proper proof of identity of the successor Claimant (e.g., unredacted copy of driver's license; other state-issued identification card, or U.S. passport that includes current address. The LLC resolution is vague and does not specifically cover applying for and receiving unclaimed funds.

The Application is therefore **DENIED** without prejudice.

**SO ORDERED.**

**NOTE:** A form Application for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules is available on the Court's website at **https://www.ohsb.uscourts.gov/unclaimed-funds.** While the use of this form application is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance.

Copies To:
Default List

Martha Valceeda Worrix
913 Green Point Ln
Beaufort, SC 29906